No. 1286. NEES *v.* CULBERTSON. C. A. 5th Cir. Certiorari denied. *Michael D. Matheny* and *Phillip Bordages* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, and *W. V. Geppert* for respondent. ▮

No. 1290. A'HEARN *v.* COMMITTEE ON UNLAWFUL PRACTICE OF THE LAW OF NEW YORK COUNTY LAWYERS' ASSN. Ct. App. N. Y. Certiorari denied. *George C. Wildermuth* and *Charles M. McCarty* for petitioner. *Daniel M. Shientag* for respondent. ▮

No. 1319. TUCKER *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1320. CUNNINGHAM BROTHERS, INC. *v.* BAIL ET AL. C. A. 7th Cir. Certiorari denied. *Jack E. Horsley* and *Richard F. Record, Jr.,* for petitioner. ▮

No. 1322. WEAVER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Edward Bennett Williams* and *Patrick M. Wall* for petitioner. ▮

No. 1337. ACACIA MUTUAL LIFE INSURANCE CO. ET AL. *v.* JORDAN, SUPERINTENDENT OF INSURANCE FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. *John J. Wilson* for petitioners. *Hubert B. Pair, Richard W. Barton,* and *David P. Sutton* for respondent. ▮